

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

# O R D E R

After we granted the court reporter a thirty-day extension, the reporter's record was due January 8, 2018. On January 22, 2018, the reporter filed a second notification of late record, asking for an additional extension until February 5, 2018 – twenty-eight days from the current due date. After review, we **GRANT** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court on or before February 5, 2018. Appellant's brief will be due thirty days after the date upon which the reporter's record is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court